Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Daniel T. Lee Dental Corporation** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Northern California Dental** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5350544** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **455 O'Connor Drive, Suite 320**<br>**San Jose, CA 95128**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Santa Clara**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Daniel T. Lee Dental Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  8, 2020**
        MM / DD / YYYY

**X** **/s/ Daniel T. Lee**                                    **Daniel T. Lee**
Signature of authorized representative of debtor          Printed name

Title    **president**

**18. Signature of attorney**

**X** **/s/ Stanley Zlotoff**                          Date  **July  8, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Stanley Zlotoff**
Printed name

**Stanley A. Zlotoff**
Firm name

**300 South First Street**
**Suite 215**
**San Jose, CA 95113**
Number, Street, City, State & ZIP Code

Contact phone   **(408) 287-5087**        Email address

**73283 CA**
Bar number and State

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2018**

For calendar year 2018 or tax year beginning 4/13 , 2018, ending 12/31 , 2018

**A** S election effective date
4/13/2018

**B** Business activity code number (see instructions)
621210

**C** Check if Schedule M-3 attached ☐

TYPE
OR
PRINT

DANIEL T LEE DENTAL CORPORATION
NORTHERN CALIFORNIA DENTAL
455 O'CONNOR DR STE 320
SAN JOSE, CA 95128

**D** Employer identification number
XX-XXXXXXX

**E** Date incorporated
4/13/2018

**F** Total assets (see instructions)
$ 414,342.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☒ Yes ☐ No If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year. ► 2

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | 1,057,097. | |
| b Returns and allowances | 1b | | |
| c Balance. Subtract line 1b from line 1a | | 1c | 1,057,097. |
| 2 Cost of goods sold (attach Form 1125-A) | | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,057,097. |
| 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | 4 | |
| 5 Other income (loss) (see instrs — att statement) | | 5 | |
| 6 Total income (loss). Add lines 3 through 5 | | 6 | 1,057,097. |

### DEDUCTIONS (SEE INSTRS)

| | | |
|---|---|---|
| 7 Compensation of officers (see instructions - attach Form 1125-E) | 7 | 27,115. |
| 8 Salaries and wages (less employment credits) | 8 | 220,668. |
| 9 Repairs and maintenance | 9 | 4,605. |
| 10 Bad debts | 10 | |
| 11 Rents | 11 | 116,621. |
| 12 Taxes and licenses | 12 | 37,564. |
| 13 Interest (see instructions) | 13 | |
| 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 124,385. |
| 15 Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 Advertising | 16 | 33,965. |
| 17 Pension, profit-sharing, etc., plans | 17 | |
| 18 Employee benefit programs | 18 | 7,203. |
| 19 Other deductions (attach statement) See Statement 1 | 19 | 369,287. |
| 20 Total deductions. Add lines 7 through 19 | 20 | 941,413. |
| 21 Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 115,684. |

### TAX AND PAYMENTS

| | | | |
|---|---|---|---|
| 22a Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b Tax from Schedule D (Form 1120S) | 22b | | |
| c Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| 23a 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | | |
| b Tax deposited with Form 7004 | 23b | | |
| c Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d Refundable credit from Form 8827, line 8c | 23d | | |
| e Add lines 23a through 23d | | 23e | |
| 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 24 | |
| 25 Amount owed. If 23e is smaller than the total of lines 22c and 24, enter amount owed | | 25 | 0. |
| 26 Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 Enter amount from line 26: Credited to 2019 estimated tax ► Refunded ► | | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____
Signature of officer      Date

► President
Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name | JONG SUK SOHN, CPA |
| Preparer's signature | JONG SUK SOHN, CPA |
| Date | |
| Check ☐ if self-employed | PTIN P00487681 |
| Firm's name ► Sohn & Song Accountancy Corp. | Firm's EIN ► XX-XXXXXXX |
| Firm's address ► 3001 Geary Blvd. #201 San Francisco, CA 94118 | Phone no. (415) 379-6860 |

BAA For Paperwork Reduction Act Notice, see separate instructions.

SPSA0112L 08/23/18

Form **1120S** (2018)

| **Schedule B** | **Other Information** (see instructions) | Yes | No |
|---|---|---|---|

**1** Check accounting method: **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) ►

**2** See the instructions and enter the:

**a** Business activity ► MEDICAL SERVICES          **b** Product or service... ► DENTISTRY

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ......   | **No:** X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below.   | **No:** X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below.   | **No:** X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ......................   | **No:** X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock ................................................. ► _____

(ii) Total shares of non-restricted stock ............................................ ► _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ......   | **No:** X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year .................................. ► _____

(ii) Total shares of stock outstanding if all instruments were executed ............................ ► _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ......................................................   | **No:** X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ............. ► [ ]

If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ................................................................. ► $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ..........................................................   | **No:** X

**10** Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions ........................   | **Yes:** X

**a** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or

**b** The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7).

If "No," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions?

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 ............................

**b** The corporation's total assets at the end of the tax year were less than $250,000 ...................................   | **No:** X

If "Yes," the corporation is not required to complete Schedules L and M-1.

SPSA0112L  08/23/18                                                                      Form **1120S** (2018)

Case: 20-51022   Doc# 1   Filed: 07/08/20   Entered: 07/08/20 15:43:23   Page 7 of 56

| Schedule B | Other Information   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?................................................. | | | X |
| | If "Yes," enter the amount of principal reduction...................................................▶ $ _ _ _ _ _ _ _ _ _ _ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099?........................ | | | X |
| b | If "Yes," did the corporation file or will it file required Forms 1099?............................................ | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?............................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 13...............................................▶ $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21)................................................. | 1 | 115,684. |
| | 2 | Net rental real estate income (loss) (attach Form 8825)............................................ | 2 | |
| | 3a | Other gross rental income (loss)........................................ | 3a | | |
| | b | Expenses from other rental activities (attach statement)......... | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a....... | 3c | |
| | 4 | Interest income................................................................ | 4 | |
| | 5 | Dividends: a Ordinary dividends............................................. | 5a | |
| | | b Qualified dividends................................ | 5b | | |
| | 6 | Royalties...................................................................... | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S))................. | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S))............... | 8a | |
| | b | Collectibles (28%) gain (loss)..................................... | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement)................... | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797)................................. | 9 | |
| | 10 | Other income (loss) (see instructions)......... Type ▶ | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562)........................................ | 11 | |
| | 12a | Charitable contributions.......................................................... | 12a | |
| | b | Investment interest expense..................................................... | 12b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (2) Amount ▶ | 12c (2) | |
| | d | Other deductions (see instructions)... Type ▶ | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5))....................................... | 13a | |
| | b | Low-income housing credit (other)................................................ | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)............... | 13c | |
| | d | Other rental real estate credits (see instrs)  Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 13d | |
| | e | Other rental credits (see instrs)  Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 13e | |
| | f | Biofuel producer credit (attach Form 6478)...................................... | 13f | |
| | g | Other credits (see instructions)...... Type ▶ | 13g | |
| Foreign Trans-actions | 14a | Name of country or U.S. possession       ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | b | Gross income from all sources.................................................. | 14b | |
| | c | Gross income sourced at shareholder level.......................................... | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Section 951A category........................................................... | 14d | |
| | e | Foreign branch category......................................................... | 14e | |
| | f | Passive category................................................................ | 14f | |
| | g | General category................................................................ | 14g | |
| | h | Other (attach statement)........................................................ | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense................................................................ | 14i | |
| | j | Other........................................................................... | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Section 951A category........................................................... | 14k | |
| | l | Foreign branch category......................................................... | 14l | |
| | m | Passive category................................................................ | 14m | |
| | n | General category................................................................ | 14n | |
| | o | Other (attach statement)........................................................ | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ▶ ☐ Paid    ☐ Accrued............. | 14p | |
| | q | Reduction in taxes available for credit (attach statement)........................... | 14q | |
| | r | Other foreign tax information (attach statement) | | |

Case: 20-51022   Doc# 1   Filed: 07/08/20   Entered: 07/08/20 15:43:23   Page 8 of 56

## Schedule K  Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | 2,317. |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | |
| | **d** Distributions (attach stmt if required) (see instrs) | **16d** | 115,684. |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Infor-mation** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement)              See Statement 2 | | |
| **Recon-ciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** | 115,684. |

## Schedule L  Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | 52,371. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | 186,249. | |
| b | Less accumulated depreciation | | | 124,385. | 61,864. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | 305,000. | |
| b | Less accumulated amortization | | | 8,472. | 296,528. |
| 14 | Other assets (attach stmt) See St. 3 | | | | 3,579. |
| 15 | Total assets | | 0. | | 414,342. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) See St. 4 | | | | 5,147. |
| 19 | Loans from shareholders | | | | 9,195. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | 400,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 0. | | 414,342. |

SPSA0134L   08/23/18                                                          Form 1120S (2018)

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books................... | 115,684. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation........ $ _ _ _ _ _ _ _ _ | | a | Depreciation ... $ _ _ _ _ _ _ _ _ | |
| b | Travel and entertainment. $ _ _ _ _ _ _ _ | | | | |
| | | | 7 | Add lines 5 and 6........................ | 0. |
| 4 | Add lines 1 through 3..................... | 115,684. | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | 115,684. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account |
|---|---|

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year....................... | 0. | | | |
| 2 | Ordinary income from page 1, line 21................... | 115,684. | | | |
| 3 | Other additions.......................................... | | | | |
| 4 | Loss from page 1, line 21................................ | | | | |
| 5 | Other reductions......................................... | | | | |
| 6 | Combine lines 1 through 5............................... | 115,684. | | | |
| 7 | Distributions.............................................. | 115,684. | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 ... | 0. | | | |

SPSA0134L  08/23/18                                                              Form 1120S (2018)

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 10 of 56

671117

| Schedule K-1 | **2018** |
|---|---|

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning 04 / 13 / 2018  ending 12 / 31 / 2018

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

~~[redacted]~~

**B** Corporation's name, address, city, state, and ZIP code

DANIEL T LEE DENTAL CORPORATION
NORTHERN CALIFORNIA DENTAL
455 O'CONNOR DR STE 320
SAN JOSE, CA 95128

**C** IRS Center where corporation filed return

e-file

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

~~[redacted]~~

**E** Shareholder's name, address, city, state, and ZIP code

DANIEL T LEE
455 O'CONNOR DRIVE #320
SAN JOSE, CA 95128

**F** Shareholder's percentage of stock
ownership for tax year...................... 50 %

F O R   I R S   U S E   O N L Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 57,842. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 1,159. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | D | 57,842. |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | V | 57,842. |
| | | W | 123,892. |
| | | X | 93,125. |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.      Schedule K-1 (Form 1120S) 2018

Shareholder 1

SPSA0412L 11/28/18

# Schedule K-1
## (Form 1120S)

Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning [ 04 / 13 / 2018 ] ending [ 12 / 31 / 2018 ]

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

~~[redacted]~~

**B** Corporation's name, address, city, state, and ZIP code

DANIEL T LEE DENTAL CORPORATION
NORTHERN CALIFORNIA DENTAL
455 O'CONNOR DR STE 320
SAN JOSE, CA 95128

**C** IRS Center where corporation filed return

e-file

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

~~[redacted]~~

**E** Shareholder's name, address, city, state, and ZIP code

MEE YOUNG Y KIM
455 O'CONNOR DRIVE #320
SAN JOSE, CA 95128

**F** Shareholder's percentage of stock ownership for tax year.................. 50 %

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) 57,842. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A 1,158. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis D 57,842. |
| 12 | Other deductions | | |
| | | 17 | Other information V 57,842. |
| | | | W 123,891. |
| | | | X 93,124. |

F O R   I R S   U S E   O N L Y

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Shareholder 2

Schedule K-1 (Form 1120S) 2018

SPSA0412L  11/28/18

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
**DANIEL T LEE DENTAL CORPORATION**
**NORTHERN CALIFORNIA DENTAL**

Employer identification number

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1    (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| DANIEL T LEE | | 100 % | 50.00 % | % | 20,192. |
| MEE YOUNG Y KIM | | 100 % | 50.00 % | % | 6,923. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| **2**   Total compensation of officers ................................................................ | | 27,115. |
| **3**   Compensation of officers claimed on Form 1125-A or elsewhere on return ................................ | | |
| **4**   Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ......................................................................... | | 27,115. |

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**        Form **1125-E** (Rev 10-2016)

CPCA2101L   08/18/16

| Form **4562** | | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | **(Including Information on Listed Property)**<br>► Attach to your tax return.<br>► Go to *www.irs.gov/Form4562* for instructions and the latest information. | **2018**<br>Attachment<br>Sequence No. **179** |

Name(s) shown on return

**DANIEL T LEE DENTAL CORPORATION**

Identifying number ~~████████~~

Business or activity to which this form relates

Form 1120S

## Part I  Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | **1** | 1,000,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | **3** | 2,500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ► | **13** | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | | |
|---|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | | **14** | 115,000. |
| 15 | Property subject to section 168(f)(1) election | | **15** | |
| 16 | Other depreciation (including ACRS) | | **16** | |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | | |
|---|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 | | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ► ☐ | | |

### Section B — Assets Placed in Service During 2018 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 53,272. | 7 | HY | 200DB | 7,613. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | 6/30/18 | 9,797. | 39 yrs | MM | S/L | 136. |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | | |
|---|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | | **21** | 1,636. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | | **22** | 124,385. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.  FDIZ0812L 07/26/18  Form 4562 (2018)

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ........ ☒ Yes ☐ No   24b If 'Yes,' is the evidence written? ....... ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ..................... | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| TOYOTA | 6/30/18 | 100.0 | 8,180. | 8,180. | 5.0 | 200DB HY | 1,636. | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .............. | | | | | | **28** | 1,636. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ........................... | | | | | | | **29** | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles). | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year. ...... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. ................................ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? ..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ................................ | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ................................................ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............. | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions ............ | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2018 tax year (see instructions): | | | | | |
| GOODWILL-BLOSSOM HILL | 8/09/18 | 300,000. | | 15 | 8,333. |
| COVENANT NOT TO COMPETE-B | 8/09/18 | 5,000. | | 15 | 139. |
| 43 Amortization of costs that began before your 2018 tax year ......................................... | | | **43** | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report .................... | | | **44** | | 8,472. |

Case: 20-51022   Doc# 1   Filed: 07/08/20   Entered: 07/08/20 15:43:23   Page 15 of 56

Client 10753

**DANIEL T LEE DENTAL CORPORATION**

3/27/20

09:53AM

**Statement 1**
**Form 1120S, Line 19**
**Other Deductions**

| | |
|---|---:|
| Amortization | $ 8,472. |
| Auto and Truck Expense | 3,501. |
| Bank Charges | 8,183. |
| Employee's Meals | 9,645. |
| Insurance | 3,322. |
| Legal and Professional | 2,785. |
| Marketing & Promotion | 11,704. |
| Medical Supply | 111,898. |
| Office Expense | 15,617. |
| Outside Services | 139,994. |
| Supplies | 30,708. |
| Telephone | 9,497. |
| Travel | 3,449. |
| Utilities | 10,512. |
| **Total** | **$ 369,287.** |

**Statement 2**
**Form 1120S, Schedule K, Line 17d**
**Other Items and Amounts**

| | |
|---|---:|
| Section 199A Qualified Business Income | $ 115,684. |
| Section 199A W-2 Wages | $ 247,783. |
| Section 199A Unadjusted Basis | $ 186,249. |

**Statement 3**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---:|---:|
| Refundable Deposit | $ 0. | $ 3,579. |
| **Total** | **$ 0.** | **$ 3,579.** |

**Statement 4**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

| | Beginning | Ending |
|---|---:|---:|
| Payroll Tax Payable | $ 0. | $ 5,147. |
| **Total** | **$ 0.** | **$ 5,147.** |

# DANIEL T LEE DENTAL CORP
## BALANCE SHEET
December 31, 2018

### ASSETS

| | | |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash in Bank | $ 52,370.70 | |
| TOTAL CURRENT ASSETS | | $ 52,370.70 |
| | | |
| **FIXED ASSETS** | | |
| Leasehold Improvements | 9,797.00 | |
| Accumulated Depreciation | (136.00) | |
| Automobile | 8,180.00 | |
| Accumulated Depreciation | (1,636.00) | |
| Compressor Motor | 26,624.00 | |
| Accumulated Depreciation | (3,805.00) | |
| Equipment | 130,787.00 | |
| Accumulated Depreciation | (117,256.00) | |
| Computer | 10,861.00 | |
| Accumulated Depreciation | (1,552.00) | |
| TOTAL FIXED ASSETS | | 61,864.00 |
| | | |
| **OTHER ASSETS** | | |
| Refundable Deposit | 3,579.00 | |
| Goodwill | 300,000.00 | |
| Accumulated Amortization | (8,333.00) | |
| Covenant not to compete | 5,000.00 | |
| Accumulated Amortization | (139.00) | |
| TOTAL OTHER ASSETS | | 300,107.00 |
| | | |
| TOTAL ASSETS | | $ 414,341.70 |

No assurance is provided for these financial statements.

# DANIEL T LEE DENTAL CORP
## BALANCE SHEET
December 31, 2018

### LIABILITIES AND STOCKHOLDER'S EQUITY

| | | |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Payroll Taxes Payable | $ 5,147.09 | |
| Loan from Stockholders | 9,194.61 | |
| | | |
| TOTAL CURRENT LIABILITIES | | $ 14,341.70 |
| | | |
| TOTAL LIABILITIES | | 14,341.70 |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Capital | 400,000.00 | |
| | | |
| TOTAL STOCKHOLDERS' EQUITY | | 400,000.00 |
| | | |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | | $ 414,341.70 |

No assurance is provided for these financial statements.

# DANIEL T LEE DENTAL CORP
## INCOME STATEMENT
For the Year Ended December 31, 2018

|  | Amount | Percent |
|---|---|---|
| **SALES** | | |
| Sales | $ 1,057,097.20 | 100.00 |
| TOTAL SALES | 1,057,097.20 | 100.00 |
| | | |
| **COST OF GOODS SOLD** | | |
| TOTAL COST OF GOODS SOLD | 0.00 | 0.00 |
| | | |
| **GENERAL AND SELLING EXPENSES** | | |
| Advertising | 33,965.42 | 3.21 |
| Automobile | 3,500.99 | 0.33 |
| Bank Charge | 8,183.05 | 0.77 |
| Marketing & Promotion | 11,703.94 | 1.11 |
| Employee Benefit | 7,203.12 | 0.68 |
| Meals and Entertainment | 9,644.89 | 0.91 |
| Insurance | 3,321.60 | 0.31 |
| Legal and Accounting | 2,785.16 | 0.26 |
| Office Supplies | 15,616.73 | 1.48 |
| Outside Service | 139,994.29 | 13.24 |
| Rent | 116,620.40 | 11.03 |
| Repair & Maintenances | 4,604.53 | 0.44 |
| Supplies | 30,708.37 | 2.90 |
| Dental Supplies | 111,897.79 | 10.59 |
| Taxes & Licenses | 7,008.47 | 0.66 |
| Payroll Taxes | 30,556.05 | 2.89 |
| Travel | 3,450.11 | 0.33 |
| Telephone | 9,497.26 | 0.90 |
| Utilities | 10,511.66 | 0.99 |
| Wages | 247,782.96 | 23.44 |
| TOTAL GENERAL AND SELLING EXPENSES | 808,556.79 | 76.49 |
| Income From Operations | 248,540.41 | 23.51 |
| | | |
| **OTHER INCOME** | | |
| TOTAL OTHER INCOME | 0.00 | 0.00 |

No assurance is provided for these financial statements.

# DANIEL T LEE DENTAL CORP
## INCOME STATEMENT
For the Year Ended December 31, 2018

|  | Amount | Percent |
|---|---|---|
| **OTHER EXPENSES** | | |
| Amortization | $ 8,472.00 | 0.80 |
| Depreciation | 124,385.00 | 11.77 |
| K-1 Distribution | 115,683.41 | 10.94 |
| TOTAL OTHER EXPENSES | 248,540.41 | 23.51 |
| NET INCOME (LOSS) | $ 0.00 | 0.00 |

No assurance is provided for these financial statements.

# CASH FLOW Statement

## Monthly Projected

**Gross Average Monthly Sales**     **$75,665**
(Based on Gross sales of June 2020)

| Expenses | |
| --- | --- |
| Rent | $13,000 |
| Royalties/Advertising | $1,000 |
| Utilities | $800 |
| Phone/Internet | $500 |
| Payroll | $46,094 |
| Merchant Fees | $400 |
| Insurance | $550 |
| Dental Lab | $4,000 |
| Supplies | $3,000 |
| Repair & Maintenance | $500 |
| Dues & Subscriptions | $929 |
| Taxes & Licenses | $100 |
| Critical vendor(Hybridge Dental Lab) | $4,500 |

| | |
| --- | --- |
| **TOTAL** | -$75,373 |
| **SALES** | +$75,665 |
| **NET** | $292 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Daniel T. Lee Dental Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**July 8, 2020**__      X **/s/ Daniel T. Lee**
                                        Signature of individual signing on behalf of debtor

                                        **Daniel T. Lee**
                                        Printed name

                                        **president**
                                        Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Daniel T. Lee Dental Corporation** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America, N.A. FL9-600-02-26 P.O. Box 45224 Jacksonville, FL 32232-5224 | | loan | | | | $122,147.00 |
| Bank of the West 6455 S. Yosemite St., 9th Floor Greenwood Village, CO 80111 | | all assets | Disputed | $840,000.00 | $246,581.00 | $593,419.00 |
| BayAreaNewsGroup P.O. Box 65230 Colorado Springs, CO 80962-5230 | | advertisement | | | | $3,087.00 |
| Change Health Care 3055 Lebanon Pike, Suite 1000 Nashville, TN 37214 | | | Disputed | | | $1,081.64 |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | credit card | | | | $7,000.00 |
| CMS Noidian Healthcare Solutions, LLC 900 42nd Street South Fargo, ND 58103 | | Medicare overpayments | | | | $147,416.00 |
| Curasan, Inc. 1768 Heritage Center Drive, Suite 201 Wake Forest, NC 27587 | | vendor | | | | $1,826.00 |
| Dr. Leonard Smith 9539 Via Del Oro Gilroy, CA 95020 | | practice purchase price balance | | | | $113,461.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 23 of 56

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Elavon Settlement/Recovery<br>P.O. Box 86<br>Minneapolis, MN 55486-0086 | | nature of debt unknown | Disputed | | | $3,235.37 |
| Health First<br>HF Acquisition CO, LLC<br>Dept. CH 14330<br>Palatine, IL 60055-4330 | | | | | | $504.31 |
| Hybridge Dental Lab<br>111 Humboldt Street<br>Rochester, NY 14609 | | dental lab | | | | $51,000.00 |
| Kaiser Foundation Health Plan, Inc.<br>Patient Financial Services<br>P.O. Box 74578<br>Los Angeles, CA 90004 | | medical | | | | $15,018.00 |
| O'Connor Health Center<br>1190 S. Bascom Ave.<br>San Jose, CA 95128 | | | | | | $34,000.00 |
| Sheila Lopez<br>c/o Labor Commissioner's Office<br>100 Paseo de San Antonio<br>Room 120<br>San Jose, CA 95113 | | wage and hour claim | Disputed | | | $14,564.00 |
| Sherry Precision<br>2272 Trade Zone Blvd.<br>San Jose, CA 95131 | | dental lab | | | | $25,000.00 |
| Smile Makers<br>P.O. Box 2543<br>Spartanburg, SC 29304-2543 | | vendor | | | | $1,129.68 |
| U.S. Department of the Treasury<br>Bureau of the Fiscal Service<br>P.O. B ox 830794<br>Birmingham, AL 35283-0794 | | Medicare overpayments | | | | $8,852.25 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Daniel T. Lee Dental Corporation | | Case number _(if known)_ | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Dept. of Health & Human Services 200 Independence Avenue, S.W. Washington, DC 20201 | | Covid-19 stimulus loan | | | | $41,562.69 |
| U.S. Small Business Administration 409 3rd Street SW Washington, DC 20416 | | Covid-19 PPP loan | Contingent | | | $120,845.00 |
| Weekly Morning Korean News 1265 El Camino Real, Suite 218 Santa Clara, CA 95050 | | advertisement | | | | $700.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor name    **Daniel T. Lee Dental Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................    $      **259,121.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................    $      **259,121.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **840,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **800,036.80**

4.    Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b       $      **1,640,036.80**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **Daniel T. Lee Dental Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank(2 accounts)** | **checking** | | **$39,581.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$39,581.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **rental security deposit** | **$12,540.00** |
| --- | --- | --- |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**
       Add lines 7 through 8. Copy the total to line 81.    **$12,540.00**

| Part 3: | Accounts receivable |
| --- | --- |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 27 of 56

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

     11a. 90 days old or less:     **2,000.00** -     **0.00** = ....     **$2,000.00**
         face amount      doubtful or uncollectible accounts

12.     **Total of Part 3.**                               **$2,000.00**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** dental materials | | **Unknown** | | **$2,000.00** |

23.     **Total of Part 5.**                               **$2,000.00**

     Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 28 of 56

## Part 7:     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** office furniture | **Unknown** | Comparable sale | **$1,000.00** |
| | books and pictures in office | **Unknown** | Comparable sale | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** office computer equipment | **Unknown** | Comparable sale | **$1,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$3,000.00** |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | dental equipment | **$0.00** | Comparable sale | **$100,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 51. | **Total of Part 8.** | | $100,000.00 |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** goodwill including patient list | Unknown | Comparable sale | $100,000.00 |

| 66. | **Total of Part 10.** | | $100,000.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **claim against Mee Young Kim**                                              **Unknown**

    | Nature of claim | misappropriation of funds |
    |---|---|
    | Amount requested | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                        **unknown**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$39,581.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$12,540.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$2,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$100,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$100,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **unknown** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$259,121.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$259,121.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Bank of the West**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**all assets** | **$840,000.00** | **$246,581.00** |

**2.1** | **Bank of the West**
Creditor's Name

**6455 S. Yosemite St., 9th Floor**
**Greenwood Village, CO**
**80111**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**all assets**

Describe the lien
**UCC-1**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/19/2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$840,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 33 of 56

Debtor name     **Daniel T. Lee Dental Corporation**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,147.00** |
|---|---|---|---|

**Bank of America, N.A.**
**FL9-600-02-26**
**P.O. Box 45224**
**Jacksonville, FL 32232-5224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,087.00** |
|---|---|---|---|

**BayAreaNewsGroup**
**P.O. Box 65230**
**Colorado Springs, CO 80962-5230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **advertisement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,081.64** |
|---|---|---|---|

**Change Health Care**
**3055 Lebanon Pike, Suite 1000**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Chase**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various times**

Basis for the claim:  **credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 34 of 56

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147,416.00** |
| --- | --- | --- | --- |
| | CMS<br>Noidian Healthcare Solutions, LLC<br>900 42nd Street South<br>Fargo, ND 58103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various times** | **Basis for the claim:** **Medicare overpayments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$320.02** |
| --- | --- | --- | --- |
| | Conway<br>4221 Wilshire Blvd, Suite 210<br>Los Angeles, CA 90010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,826.00** |
| --- | --- | --- | --- |
| | Curasan, Inc.<br>1768 Heritage Center Drive, Suite 201<br>Wake Forest, NC 27587 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
| --- | --- | --- | --- |
| | Dr. Leonard Smith<br>9539 Via Del Oro<br>Gilroy, CA 95020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | **Basis for the claim:** **practice purchase price balance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265.93** |
| --- | --- | --- | --- |
| | Dutra Dental Services<br>69 Deer Run Circle<br>San Jose, CA 95136 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various times** | **Basis for the claim:** **vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215.87** |
| --- | --- | --- | --- |
| | Elavon Settlement/Recovery<br>P.O. Box 86<br>Minneapolis, MN 55486-0086 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **nature of debt unknown** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,235.37** |
| --- | --- | --- | --- |
| | Elavon Settlement/Recovery<br>P.O. Box 86<br>Minneapolis, MN 55486-0086 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **nature of debt unknown** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 35 of 56

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**First Data Merchant Services Corporation**
1600 Terrell Mill Rd., SE
Suite 400
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various times**

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.31 |
|---|---|---|---|

**Health First**
HF Acquisition CO, LLC
Dept. CH 14330
Palatine, IL 60055-4330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.04 |
|---|---|---|---|

**Henry Schein**
135 Duryea Rd.
Melville, NY 11747-3824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,000.00 |
|---|---|---|---|

**Hybridge Dental Lab**
111 Humboldt Street
Rochester, NY 14609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various times**

Basis for the claim: **dental lab**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,018.00 |
|---|---|---|---|

**Kaiser Foundation Health Plan, Inc.**
Patient Financial Services
P.O. Box 74578
Los Angeles, CA 90004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **medical**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,000.00 |
|---|---|---|---|

**O'Connor Health Center**
1190 S. Bascom Ave.
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,564.00 |
|---|---|---|---|

**Sheila Lopez**
c/o Labor Commissioner's Office
100 Paseo de San Antonio
Room 120
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2018-9**

Basis for the claim: **wage and hour claim**

Last 4 digits of account number **0844**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|------|------|------|------|

**Sherry Precision**
**2272 Trade Zone Blvd.**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __dental lab__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.68** |
|------|------|------|------|

**Smile Makers**
**P.O. Box 2543**
**Spartanburg, SC 29304-2543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,852.25** |
|------|------|------|------|

**U.S. Department of the Treasury**
**Bureau of the Fiscal Service**
**P.O. B ox 830794**
**Birmingham, AL 35283-0794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __9034__

**Basis for the claim:** __Medicare overpayments__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,562.69** |
|------|------|------|------|

**U.S. Dept. of Health & Human Services**
**200 Independence Avenue, S.W.**
**Washington, DC 20201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Last 4 digits of account number** _

**Basis for the claim:** __Covid-19 stimulus loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,845.00** |
|------|------|------|------|

**U.S. Small Business Administration**
**409 3rd Street SW**
**Washington, DC 20416**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Last 4 digits of account number** _

**Basis for the claim:** __Covid-19 PPP loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|------|------|------|------|

**Weekly Morning Korean News**
**1265 El Camino Real, Suite 218**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __various times__

**Last 4 digits of account number** _

**Basis for the claim:** __advertisement__

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | **U.S. Department of Treasury**<br>**1500 Pennsylvania Ave.**<br>**Washington, DC 20220** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 37 of 56

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 800,036.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 800,036.80 |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 38 of 56

Debtor name        **Daniel T. Lee Dental Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease of dental office** | |
|---|---|---|---|
| | State the term remaining | **9 years** | |
| | List the contract number of any government contract | _____ | **O'Connor Health Center**<br>**1190 S. Bascom Ave.**<br>**San Jose, CA 95128** |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 39 of 56

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Daniel T. Lee, DDS** | **455 O'Connor Dr., Suite 320 San Jose, CA 95128 disputed--forged signature** | **Bank of the West** | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 40 of 56

**Fill in this information to identify the case:**

Debtor name    **Daniel T. Lee Dental Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,057,097.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **O'Connor Health Center<br>1190 S. Bascom Ave.<br>San Jose, CA 95128** | **June 2020** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **office rent** |

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 41 of 56

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **CMS**<br>**Noidian Healthcare Solutions, LLC**<br>**900 42nd Street South**<br>**Fargo, ND 58103** | **June 2020** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Medicare**<br>**overpayment** |
| 3.3. **Hybridge Dental Lab**<br>**111 Humboldt Street**<br>**Rochester, NY 14609** | **June 2020** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bank of the West**<br>**P.O. Box 2573**<br>**Omaha, NE 68103-2573**<br>**none** | **Dec. 2019 to**<br>**Feb 2020** | **$27,000.00** | **secured creditor** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 42 of
56

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Sheila Lopez vs. Northern California Dental WC-CM-760844 | wage and hour claim | Workers Compensation Labor Commissioner 100 Paseo de San Antonio, Room, 120 San Jose, CA 95113 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| embezzlement | none | 2018 to 2020 | Unknown |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Stanley Zlotoff 300 S. First St. #215 San Jose, CA 95113 | $13,283 retainer plus $1,717 filing fee | June 2020 | $15,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Case: 20-51022    Doc# 1    Filed: 07/08/20    Entered: 07/08/20 15:43:23    Page 43 of 56

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **patient records**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Case: 20-51022   Doc# 1   Filed: 07/08/20   Entered: 07/08/20 15:43:23   Page 44 of 56

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **closed due to irregularity, Feb. 2020** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage<br>509 Salmar Ave.<br>Campbell, CA 95008** | **Dr. Lee** | **old equipment** | ☐ No<br>■ Yes |

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, and proceedings known, regardless of when they occurred.**

Case: 20-51022   Doc# 1   Filed: 07/08/20   Entered: 07/08/20 15:43:23   Page 45 of 56

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. Daniel T. Lee Dental Corporation<br>455 O'Connor Drive<br>San Jose, CA 95128 | dental practice | EIN:  82-5350544<br><br>From-To  5/2018 to present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Sohn & Song Accountancy Corp<br>3001 Geary Blvd. , Suite 201<br>San Francisco, CA 94118 | since 2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-51022   Doc# 1   Filed: 07/08/20   Entered: 07/08/20 15:43:23   Page 46 of 56

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Daniel T. Lee**<br>**455 O'Connor Drive, Suite 320**<br>**San Jose, CA 95128** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel T. Lee, DDS** | **455 O'Connor Drive, Suite 320**<br>**San Jose, CA 95128** | **president, CFO** | **100** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mee Young Kim** | | **secretary and CFO** | |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  8, 2020**
_____

**/s/ Daniel T. Lee**
_____
Signature of individual signing on behalf of the debtor

**Daniel T. Lee**
_____
Printed name

Position or relationship to debtor     **president**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

| In re | Daniel T. Lee Dental Corporation | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.     The undersigned is the attorney for the debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)   For legal services rendered or to be rendered in contemplation of and in connection with this case      $    **13,283.00**
   - b)   Prior to the filing of this statement, debtor(s) have paid      $    **13,283.00**
   - c)   The unpaid balance due and payable is      $    **0.00**

3.     $ **1,717.00** of the filing fee in this case has been paid.

4.     The Services rendered or to be rendered include the following:
   - a.   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.   Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.   Representation of the debtor(s) at the meeting of creditors.

5.     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.     The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.     The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   **July 8, 2020**

Respectfully submitted,

**/s/ Stanley Zlotoff**

Attorney for Debtor: **Stanley Zlotoff**
**Stanley A. Zlotoff**
**300 South First Street**
**Suite 215**
**San Jose, CA 95113**
**(408) 287-5087 Fax: (408) 287-7645**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re __Daniel T. Lee Dental Corporation__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel T. Lee, DDS<br>455 O'Connor Drive<br>Suite 320<br>San Jose, CA 95128** | | | **100% owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **president** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 8, 2020__

Signature __/s/ Daniel T. Lee__

__Daniel T. Lee__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                    Case No.
    **Daniel T. Lee Dental Corporation**


_____ /
                               Debtor(s).

**CREDITOR MATRIX COVER SHEET**


       I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **July  8, 2020**


                                     **/s/ Stanley Zlotoff**
                                     Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Bank of America, N.A.
FL9-600-02-26
P.O. Box 45224
Jacksonville, FL 32232-5224


Bank of the West
6455 S. Yosemite St., 9th Floor
Greenwood Village, CO 80111


BayAreaNewsGroup
P.O. Box 65230
Colorado Springs, CO 80962-5230


Change Health Care
3055 Lebanon Pike, Suite 1000
Nashville, TN 37214


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


CMS
Noidian Healthcare Solutions, LLC
900 42nd Street South
Fargo, ND 58103


Conway
4221 Wilshire Blvd, Suite 210
Los Angeles, CA 90010


Curasan, Inc.
1768 Heritage Center Drive, Suite 201
Wake Forest, NC 27587

Daniel T. Lee, DDS
455 O'Connor Dr., Suite 320
San Jose, CA 95128


Dr. Leonard Smith
9539 Via Del Oro
Gilroy, CA 95020


Dutra Dental Services
69 Deer Run Circle
San Jose, CA 95136


Elavon Settlement/Recovery
P.O. Box 86
Minneapolis, MN 55486-0086


First Data Merchant Services Corporation
1600 Terrell Mill Rd., SE
Suite 400
Marietta, GA 30067


Health First
HF Acquisition CO, LLC
Dept. CH 14330
Palatine, IL 60055-4330


Henry Schein
135 Duryea Rd.
Melville, NY 11747-3824


Hybridge Dental Lab
111 Humboldt Street
Rochester, NY 14609

Kaiser Foundation Health Plan, Inc.
Patient Financial Services
P.O. Box 74578
Los Angeles, CA 90004


O'Connor Health Center
1190 S. Bascom Ave.
San Jose, CA 95128


Sheila Lopez
c/o Labor Commissioner's Office
100 Paseo de San Antonio
Room 120
San Jose, CA 95113


Sherry Precision
2272 Trade Zone Blvd.
San Jose, CA 95131


Smile Makers
P.O. Box 2543
Spartanburg, SC 29304-2543


U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. B ox 830794
Birmingham, AL 35283-0794


U.S. Department of Treasury
1500 Pennsylvania Ave.
Washington, DC 20220


U.S. Dept. of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

```
U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416


Weekly Morning Korean News
1265 El Camino Real, Suite 218
Santa Clara, CA 95050
```

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel T. Lee Dental Corporation**                 Case No.
                                    Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Daniel T. Lee Dental Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 8, 2020** | **/s/ Stanley Zlotoff** |
| Date | **Stanley Zlotoff** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Daniel T. Lee Dental Corporation** |
| | **Stanley A. Zlotoff** |
| | **300 South First Street** |
| | **Suite 215** |
| | **San Jose, CA 95113** |
| | **(408) 287-5087 Fax:(408) 287-7645** |